# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141072(53)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDWARD DEVON OLIVER,
      Defendant-Appellant.

SC: 141072
COA: 288630
Jackson CC: 08-003764-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's July 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

d1213